**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |  |
|---|---|---|---|
| **Plaintiff,** | * | | |
| **v.** | * | **Case No.** | **1:25-cv-03299-SAG** |
| | * | | |
| **Defendant.** | * | | |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the _____

    I certify that I am admitted to practice in this Court.

*/s/Andrew G. Barron*

_____    _____
Date    Signature

    (D. Md. Bar # 30311)
_____
Printed name and bar number

_____
Address

_____
Email address

_____
Telephone number

_____
Fax number