# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Asylum Seekers Advocacy Project <br><br> *Plaintiff(s)* <br> v. <br> USCIS, JOSEPH B. EDLOW, in his official capacity as Director of USCIS, EOIR, SIRCE E. OWEN, in her official capacity as Acting Director of EOIR <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-03299-SAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of Justice
ATTN: Assistant Attorney General for Administration, Justice Management Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matt Gregory
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/06/2025                                                                 _____
                                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Asylum Seekers Advocacy Project<br><br>*Plaintiff(s)*<br>v.<br>USCIS, JOSEPH B. EDLOW, in his official capacity as Director of USCIS, EOIR, SIRCE E. OWEN, in her official capacity as Acting Director of EOIR<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-03299-SAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   USCIS Director Joseph Edlow
ATTN: Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matt Gregory
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/06/2025

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Asylum Seekers Advocacy Project <br><br> *Plaintiff(s)* <br> v. <br> USCIS, JOSEPH B. EDLOW, in his official capacity as Director of USCIS, EOIR, SIRCE E. OWEN, in her official capacity as Acting Director of EOIR <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-03299-SAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Executive Office of Immigration Review
5107 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Gregory
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   10/06/2025   _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Asylum Seekers Advocacy Project <br><br> *Plaintiff(s)* <br> v. <br> USCIS, JOSEPH B. EDLOW, in his official capacity as Director of USCIS, EOIR, SIRCE E. OWEN, in her official capacity as Acting Director of EOIR <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-03299-SAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sirce E. Owen
Acting Director, Executive Office of Immigration Review
5107 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matt Gregory
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  10/06/2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Asylum Seekers Advocacy Project <br><br> *Plaintiff(s)* <br> v. <br> USCIS, JOSEPH B. EDLOW, in his official capacity as Director of USCIS, EOIR, SIRCE E. OWEN, in her official capacity as Acting Director of EOIR <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-03299-SAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* US Attorney for the District of Maryland
36 S. Charles Street
4th Fl.
Baltimore, MD 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matt Gregory
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/062025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Asylum Seekers Advocacy Project <br><br> *Plaintiff(s)* <br> v. <br> USCIS, JOSEPH B. EDLOW, in his official capacity as Director of USCIS, EOIR, SIRCE E. OWEN, in her official capacity as Acting Director of EOIR <br><br> *Defendant(s)* | Civil Action No.  1:25-cv-03299-SAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Citizenship & Immigration Services
ATTN: Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matt Gregory
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/06/2025

*Signature of Clerk or Deputy Clerk*