**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Asylum Seeker Advocacy Project | * | |
| **Plaintiff,** | * | |
| **v.** | * | Case No. ___1:25-cv-03299-SAG___ |
| United States Citizenship and Immigration Services, et al. | * | |
| **Defendant.** | * | |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the ___Plaintiff___

I certify that I am admitted to practice in this Court.

___October 6, 2025___
Date

___/s/ Rachel E. Schwab___
Signature

___Rachel E. Schwab (D. Md. Bar # 31646)___
Printed name and bar number

___1700 M St. NW, Washington, DC 20036___
Address

___rschwab@gibsondunn.com___
Email address

___202-777-9496___
Telephone number

___(202) 831-6088___
Fax number

EntryofAppearanceCivil (08/2015)