**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

**Certificate Of Service For Plaintiff's Motion For A Temporary Restraining Order,
Preliminary Injunction, And/Or Preliminary Relief Under 5 U.S.C. § 705**

## CERTIFICATE OF SERVICE

      I certify that on October 8, 2025, I caused to be served copies of Plaintiff's Motion For A Temporary Restraining Order, Preliminary Injunction, And/Or Preliminary Relief Under 5 U.S.C. § 705 (ECF No. 29), and all attachments via first class mail, postage prepaid, to:

Department of Justice
ATTN: Assistant Attorney General for Administration, Justice Management Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney for the District of Maryland
36 S. Charles Street
4th Fl.
Baltimore, MD 21201

USCIS Director Joseph Edlow
ATTN: Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

United States Citizenship & Immigration Services
ATTN: Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

Sirce E. Owen
Acting Director, Executive Office of Immigration Review
5107 Leesburg Pike
Falls Church, VA 22041

Executive Office of Immigration Review
5107 Leesburg Pike
Falls Church, VA 22041

 DATED:  October 8, 2025                        */s/ Andrew G. Barron*
                                                                Andrew G. Barron (D. Md. Bar 30311)
                                                                *Counsel for Plaintiff*