IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASYLUM SEEKER ADVOCACY PROJECT,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

    Defendants.

Civil Action No. 25-cv-03299- SAG

## NOTICE OF APPEARANCE

Please take notice that Zareen Iqbal, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for Defendants, United States Citizenship and Immigration Services, et al., in accordance with Local Rule 101.1.

Dated: October 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel
Civil Division, Federal Programs Branch

*Zareen Iqbal*
ZAREEN IQBAL
(N.Y. Bar No. 5481940)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044

Phone: (202) 353-5639

Fax: (202) 616-8470
E-mail: zareen.iqbal2@usdoj.gov

*Attorneys for Defendants*