IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ASYLUM SEEKER ADVOCACY**     *
**PROJECT**
    *
v.     CIVIL CASE NO. SAG-25-03299

**UNITED STATES CITIZENSHIP AND**     *
**IMMIGRATION SERVICES,** *et al.,*

*********

# ORDER

On October 13, 2025, the Parties submitted a Joint Motion for Order Concerning Briefing Schedule. Upon consideration of the Joint Motion, it is on this 14th day of October, 2025:

ORDERED, that because the agencies in question are continuing to collect the disputed fees, Defendants' request for a stay of the case due to the lapse in appropriations is DENIED;

ORDERED, that the Parties' proposed briefing schedule is GRANTED. The following briefing schedule shall govern Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and/or Preliminary Relief under 5 U.S.C. § 705 ("Motion"):

a. Defendants will file their brief in opposition to Plaintiff's Motion no later than October 20, 2025.

b. Plaintiff will file a reply in support of the Motion no later than October 23, 2025.

/s/
Stephanie A. Gallagher
United States District Judge