IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

## NOTICE OF CORRECTED FILING

Defendants respectfully notify this Court that on October 20, 2025, Defendants submitted in error an unsigned copy of the Declaration of Daren K. Margolin ("Exhibit 3," ECF No. 43-3). Defendants have attached an identical, signed copy of Exhibit 3 to this notice and respectfully request that the Court accept this Notice of Corrected Filing and the attached corrected Exhibit 3.

October 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRAD ROSENBERG
Special Counsel

*/s/ Zareen Iqbal*
Zareen Iqbal
NY Bar No. 5481940
Cesar Azrak
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Phone: (202) 353-5639
Fax: (202) 616-8351
zareen.iqbal2@usdoj.gov

*Counsel for Defendants*