IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASYLUM SEEKER ADVOCACY PROJECT,

                  Plaintiff,

    v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al.

                  Defendants.

25-cv-03299-SAG

## DECLARATION OF DAREN K. MARGOLIN

I, Daren K. Margolin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Director of the Executive Office for Immigration Review ("EOIR") in the U.S. Department of Justice ("DOJ"). EOIR's mission is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings. I was recently appointed EOIR Director in October 2025 by the Attorney General.

2. This declaration is based on my personal knowledge and information made available to me in the course of performing my official duties.

3. On July 4, 2025, President Donald J. Trump signed the One Big Beautiful Bill Act ("OBBBA") (H.R.1), which, inter alia, introduced or increased numerous immigration related fees relevant to EOIR and amended the availability of fee waivers in certain instances. The purpose of this declaration is to provide information regarding H.R.-1's annual asylum fee (AAF) to be collected by EOIR.

4. To effectuate the FY 2025 fee under H.R.-1, EOIR will collect from any alien who filed a Form I-589, Application for Asylum and for Withholding of Removal, before or on the beginning of FY 2025, October 1, 2024, and whose application remains pending at the end of FY 2025 to pay the FY 2025 amount specified by statute. Such aliens must also pay the AAF in each subsequent year that the application remains pending.

5. Any alien who filed or files a Form I-589 after October 1, 2024, that remains pending for 365 days must pay the AAF as of the one-year anniversary of his or her filing date and each year thereafter that the application remains pending, due no later than 30 days after the anniversary date.

6. All fees set by the OBBBA, except the initial fee for the I-589 and the AAF, were already payable through existing payment structures, which have not changed. In July 2025 EOIR directed the Office of the Chief Immigration Judge to establish temporary measures to, at the least, track the two new asylum fees owed—if not to also actually collect the fees—until the two new fees were fully integrated into existing payment systems. That integration, which is being handled by a different federal agency outside of EOIR, has been delayed due to the current, ongoing Government shutdown.

7. Once the new asylum fees are fully integrated into existing payment systems, EOIR will notify aliens of any fees due via a billing notice that will be sent either electronically or by U.S. mail. The first AAF that will be collected by EOIR is $100 for Fiscal Year (FY) 2025, which cannot be waived or reduced. Sec. 100009(b)(1), (d). EOIR will correspondingly add an AAF dropdown to the EOIR Payment portal so that the AAF can be paid electronically on EOIR's payment portal. *See* https://epay.eoir.justice.gov/index.

8. Once EOIR issues FY 2025 AAF billing notices owed, payments must be made by the alien no later than 30 days later to be considered timely. After AAF billing notices are sent, failure to timely-pay the AAF may result in the asylum application being deemed abandoned.

9. Aliens with asylum applications pending as of HR-1's enactment date must only pay their annual asylum fee beginning in FY25. That is, an alien whose asylum application has

been pending for multiple years prior to FY25 is not required to pay multiple annual fees for those years prior to FY25.

10. No alien for whom the AAF was due prior to the integration of that fee into EOIR's existing electronic payment system will be required to pay the AAF until 30 days after the AAF billing notices have been mailed out. Due to the uncertainty related to the Government shutdown, EOIR cannot provide an exact date to the Court in which AAF billing notices will be mailed out but expects that notices will likely be mailed prior to January 15, 2026.

11. To the extent that any aliens have made anticipatory or advance payments to EOIR for the AAF, those payments will be applied to the alien's owed fees, as appropriate, once the AAF billing notices are issued.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on this 20th day of October 2025.

_____
Daren K. Margolin
Director
Executive Office for Immigration Review