**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT, | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-03299-SAG |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*., | |
| Defendants. | |

**<u>NOTICE IN RESPONSE TO ORDER</u>**

Defendants file this notice in response to the Court's order issued on October 29, 2025. Defendants respectfully submit the following information, demonstrating additional steps being taken by Defendants so that asylum applicants subject to the Fiscal Year 2025 Annual Asylum Fee (AAF) will not face adverse consequences for non-payment until such applicants have been provided adequate notice and a meaningful opportunity to pay (Def. Rep. ECF No. 45).

1). The Executive Office of Immigration Review ("EOIR") has posted public notice of its FY 2025 AAF implementation policy. Please see the link here <u>EOIRPaymentPortalFAQs.pdf</u> and Attachment 1 for a copy of the "Frequently Asked Questions" online notice.

2). EOIR have sent email notification of its FY 2025 AAF implementation policy to its Immigration Judges and their staff. Please see Attachment 2 for a copy of the email sent on October 29, 2025.

3). As previously submitted to this Court, EOIR will take corrective action in cases where respondents have been ordered removed solely for failing to pay the 2025 FY AAF—in any cases through October 29, 2025.

4). United States Citizenship and Immigration Services (USCIS) affirms that it has not initiated adverse consequences for any applicants subject to the FY 2025 AAF as a result of non-payment and will not initiate any such consequences until USCIS issues a new policy rule defining such consequences.

5). The USCIS also affirms that affected asylum applicants have 30 days to pay from the date of the notice and an extra three days via agency regulation (8 CFR Sec. 103.8(b)) to pay, if notice is received via mail and that as soon as technically able, it will revise future notices to confirm that payment is due 30 days from the date of notice.

6). USCIS has requested Plaintiff provide additional details of instances where payment notices have been sent to an incorrect or outdated mailing address for an affected applicant. Upon receipt of such information, USCIS can review for any technical errors. As indicated on the USCIS FY 2025 payment notice, the mailing address used by USCIS is the one provided by the applicant via their Form G-28, which is related to their asylum applications. Additionally, USCIS sends notices to applicant online accounts or by mail to the last address provided by the applicant.

Defendants respectfully submits that, in light of the above steps and clarifications, no Order from the Court is required.

October 29, 2025                    Respectfully submitted,

                                   BRETT A. SHUMATE
                                   Assistant Attorney General

                                   BRAD ROSENBERG
                                   Special Counsel

                                   */s/ Zareen Iqbal*
                                   Zareen Iqbal

NY Bar No. 5481940
Cesar Azrak
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-5639
Fax: (202) 616-8351
zareen.iqbal2@usdoj.gov

*Counsel for Defendants*

3