**Subject:** Annual Asylum Fee

Colleagues,

On July 17, 2025, EOIR issued Policy Memorandum (PM) 25-35 regarding the recently-enacted fees that were part of the One Big Beautiful Bill Act. Although most of the fees affected by that law were pre-existing, it did add two new fees related to asylum applications, one for the initial filing and another, annual fee for every year the application is pending. PM 25-35 directed OCIJ (and, by extension, the BIA) to implement temporary measures to ensure that aliens have an avenue to pay the new fees until EOIR integrated them into its existing payment system. Those fees are now payable through EOIR's Payment Portal, and adjudicators should be directing aliens to pay those fees through that Portal accordingly. Implicit in the PM's guidance about temporary measures was an understanding that an alien who was logistically unable to pay the fees because EOIR had not yet integrated them into the Payment Portal should not be penalized for the failure, though EOIR would track the amount owed and it would become due eventually. That understanding seems to have been clear, as out of approximately 2.4 million pending asylum applications, EOIR has identified only 6 (or .0000025%) in which the application was pretermitted due to a failure to pay the fee. While recognizing the decisional independence of its adjudicators and the availability of administrative remedies through a motion to reconsider or appeal to the BIA, EOIR nevertheless encourages adjudicators to carefully review the appropriateness of pretermitting an asylum application for failure to pay the required fee during a time before such fees were payable through the Portal.

Additionally, although recent reporting suggests that most aliens are aware of the annual asylum fee and EOIR has publicly posted FAQs about paying that fee, EOIR will also provide notice of the annual asylum fee, as applicable, in individual cases. Written or electronic notices should be issued soon, particularly in cases where the alien was previously logistically unable to pay the fee, and Immigration Judges are encouraged to also provide oral notice, if appropriate, at any hearings prior to the final merits hearing on the application.

This guidance will be memorialized in a PM. If you have any questions, please contact your supervisor.

Sincerely,

Daren Margolin

Director, EOIR