IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ASYLUM SEEKER ADVOCACY PROJECT** * <br><br> **Plaintiff,** * <br> * <br> v. * <br> * <br> **UNITED STATES CITIZENSHIP AND** * <br> **IMMIGRATION SERVICES,** *et al.* * <br> * <br> **Defendants.** * <br> * | Civil Case No.: SAG-25-03299 |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiff Asylum Seeker Advocacy Project's motion for preliminary relief, ECF 29, is granted as to a stay under Count III and denied in all other respects. USCIS's Federal Register Notice and EOIR's July 17 Memo are temporarily stayed pursuant to 5 U.S.C. § 705.

Dated: October 30, 2025

/s/
Stephanie A. Gallagher
United States District Judge