# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-03299-SAG |
| | ) | |
| | ) | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice that I, Cesar Azrak, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enter my appearance as counsel of record for the defendants in the above-captioned matter.

Dated: November 14, 2025     Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693

Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*