**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF**

|  |  |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT, | |
| Plaintiff, | |
| v. | Civil Action No. 2:25-cv-03299-SAG |
| UNITED STATES CITIZENSHIP AND IMMIGRATION, *et al*., | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW**
**ZAREEN IQBAL AS COUNSEL**

Pursuant to Local Rule 101.2, Defendants respectfully move to withdraw Zareen Iqbal of the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendants due to Ms. Iqbal's departure from the Department. Defendants will remain represented in this case by Cesar Azrak, who has previously appeared in this case. This withdrawal will not delay any proceedings. Undersigned counsel has conferred with Plaintiffs' counsel, who does not oppose this motion. A proposed order accompanies this motion..

Dated: November 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD ROSENBERG
Special Counsel
Civil Division, Federal Programs Branch

*/s/ Zareen Iqbal*
ZAREEN IQBAL
Trial Attorney
United States Department of Justice

Civil Division
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-5639
Email: Zareen.Iqbal2@usdoj.gov

*Attorneys for Defendants*