## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Civil Case No.: SAG-25-03299 |

## PROPOSED ORDER

Having considered the Defendants' Motion to Withdraw Appearance as Counsel by Zareen Iqbal, and good cause having been shown, the Court GRANTS the motion. The Clerk is directed to terminate Zareen Iqbal as counsel for the Official Capacity Defendants.

IT IS SO ORDERED.

DATE_____, 2025

_____
U.S. District Judge