**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT, )<br>)<br>*Plaintiff*, )<br>)<br>*v.* )<br>)<br>UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES *et al.*, )<br>)<br>*Defendants.* )<br>_____ ) | Case No. 1:25-cv-03299-SAG |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

With Plaintiff's consent, Defendants hereby move the Court for an extension of time in which to respond to Plaintiff's Complaint.   Currently, Defendants' response is due on December 9, 2025.   Defendants request that the deadline be moved to January 30, 2026.   In support of the motion, Defendants state as follows:

1.   Plaintiff filed its Complaint on October 3, 2025, ECF #1, and moved for preliminary relief shortly thereafter, EFC #29.   After the parties fully briefed Plaintiff's motion, the Court held a hearing on October 28, 2025, ECF #48, then granted the motion in part and denied it in part, ECF # 54–55.

2.   The Court held, in relevant part, that Plaintiff was likely to succeed on the merits of its claim that the discrepancy between the policies of USCIS and EOIR amounted to arbitrary and capricious action by both agencies.   ECF #54 at 12–15.   Accordingly, Defendants have been working to harmonize their positions to the extent possible. That effort is ongoing.

3.    Currently, Defendants' response to Plaintiff's Complaint is due December 9, 2025. But because the agencies are still working on harmonizing their positions, key issues alleged in the Complaint remain in flux.

4.    Accordingly, Defendants respectfully request an extension of the deadline to respond to Plaintiff's Complaint to January 30, 2026, and ask that the Court enter an order to that effect.

5.    Plaintiff consents to this request.

6.    A proposed order is attached for the Court's consideration.


NOVEMBER 25, 2025                 *Respectfully submitted,*

                                 BRETT A. SHUMATE
                                 Assistant Attorney General
                                 Civil Division

                                 BRAD P. ROSENBERG
                                 Special Counsel

                                 */s/ Cesar Azrak*
                                 CESAR AZRAK
                                 Trial Attorney
                                 United States Department of Justice
                                 Civil Division, Federal Programs Branch
                                 1100 L Street, NW
                                 Washington, DC 20005
                                 Telephone: (202) 305-0693
                                 Email: cesar.e.azrak@usdoj.gov

                                 *Counsel for Defendants*