UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CITIZENSHIP AND ) <br> IMMIGRATION SERVICES *et al.*, ) <br> ) <br> *Defendants*. ) <br> _____) | Case No. 1:25-cv-03299-SAG |

## ORDER

Upon consideration of Defendants' motion for an extension of time, it is hereby ORDERED that Defendants' motion is GRANTED; and it is further ORDERED that Defendants' response to Plaintiff's Complaint is now due on or before January 30, 2026.

Dated: November 26, 2025 _____/s/_____
Stephanie A. Gallagher
United States District Judge