**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

ASYLUM SEEKER ADVOCACY PROJECT,

   Plaintiff,

 v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

   Defendants.

Civil Action No. 1:25-cv-03299-SAG

**<u>MOTION TO WITHDRAW</u>**

Plaintiff's counsel Hayley N. Lawrence hereby moves to withdraw from her representation of the Asylum Seeker Advocacy Project because she is leaving her employ with Gibson, Dunn & Crutcher, LLP as of December 31, 2025.  Plaintiff continues to be represented by other attorneys from Gibson, Dunn & Crutcher & the Asylum Seeker Advocacy Project who have entered their respective appearances in the case.

 DATED:  December 29, 2025

Respectfully submitted,

*/s/ Hayley N. Lawrence*
Hayley N. Lawrence*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 831-6088
hlawrence@gibsondunn.com

*Counsel for Plaintiff*

*Admitted *pro hac vice*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

ASYLUM SEEKER ADVOCACY
PROJECT,

       Plaintiff,

    v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES, *et al.*,

       Defendants.

Civil Action No. 1:25-cv-03299-SAG

## [PROPOSED] ORDER

**THIS MATTER,** being brought before the Court by Plaintiff's Counsel Hayley N. Lawrence's Motion to Withdraw.  Having duly considered the Motion,

**IT IS**, on this _____ day of December, 2025,

**ORDERED** that Ms. Lawrence's Motion to Withdraw is hereby **GRANTED.**

 

_____
Judge Stephanie A. Gallagher
U.S. District Court Judge for the District of
Maryland