**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

ASYLUM SEEKER ADVOCACY
PROJECT,

       Plaintiff,

    v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES, *et
al.*,

       Defendants.

Civil Action No. 1:25-cv-03299-SAG

## ORDER

**THIS MATTER,** being brought before the Court by Plaintiff's Counsel Hayley N. Lawrence's Motion to Withdraw.  Having duly considered the Motion,

**IT IS**, on this ___5th___ day of January, 2026,

**ORDERED** that Ms. Lawrence's Motion to Withdraw is hereby **GRANTED.**

_____/s/_____
Judge Stephanie A. Gallagher
U.S. District Court Judge for the District of
Maryland

2