IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

## [PROPOSED] ORDER CLARIFYING AND SUPERSEDING ORDER OF OCTOBER 30, 2025, ECF 55

For the reasons stated in the Court's Memorandum Opinion, ECF 54, and having considered Plaintiff Asylum Seeker Advocacy Project's Emergency Motion to Clarify the Stay, it is ORDERED that Plaintiff's Motion, ECF __, is granted, and the Court's order of October 30, 2025, ECF 55, is clarified as set forth below. This Order has immediate operative effect and supersedes the Court's prior Order at ECF 55.

-------

For the reasons stated in the Court's Memorandum Opinion, ECF 54, it is ORDERED that Plaintiff Asylum Seeker Advocacy Project's motion for preliminary relief, ECF 29, is granted as to a stay under Count III and denied in all other respects. Pursuant to this temporary stay, Defendants are prohibited from requiring asylum applicants to pay the annual asylum fee established by 8 U.S.C. § 1808, and Defendants are further prohibited from penalizing applicants for nonpayment of the annual asylum fee. USCIS's July 22, 2025 Federal Register Notice, EOIR's July 17, 2025 Memo, and EOIR's January 2, 2026 Memo are temporarily stayed pursuant to 5 U.S.C. § 705.

It is FURTHER ORDERED that Defendants may not require asylum applicants to pay the annual asylum fee or penalize applicants for nonpayment of the annual asylum fee unless and until Defendants file a motion to lift the stay, the parties complete briefing on that motion, and the Court determines that Defendants have satisfied the requirements discussed in the Court's Memorandum Opinion, ECF No. 54.

Dated: January __, 2026

                                                  Stephanie A. Gallagher
                                                  United States District Judge