**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ASYLUM SEEKER ADVOCACY PROJECT,

    *Plaintiff*,

       *v.*

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et. al*;

    *Defendants*.

No. 1:25-cv-03299-SAG

## NOTICE OF APPEARANCE

Please enter the appearance of Elizabeth Hedges, U.S. Department of Justice, Civil Division, as counsel for all Defendants in this case.

Dated: January 12, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*s/ Elizabeth Hedges*
ELIZABETH HEDGES
(D.C. Bar No. 1657707)
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone:  202-616-0929
Email: elizabeth.t.hedges@usdoj.gov

*Counsel for Defendants*