IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ASYLUM SEEKER ADVOCACY PROJECT**

    **v.**              **CIVIL CASE NO. 25-03299**

**UNITED STATES CITIZENSHIP
AND IMMIGATION SERVICES,** *et al.*

\*\*\*\*\*\*\*\*\*

# ORDER

On January 18, 2026, Plaintiff filed a Motion for Temporary Restraining Order, Preliminary Injunction and/or Preliminary Relief Under 5 U.S.C. § 705, ECF 73. It is this 20th day of January, 2026, ORDERED that the following schedule control the TRO and the pending Motion to Lift Stay, ECF 71:

| | |
|---|---|
| January 22, 2026 | Defendants' opposition to the TRO and Reply to Motion to Lift Stay |
| January 26, 2026 | Plaintiff's reply to the TRO |
| January 28, 2026 at 10:00 a.m. | Motions Hearing |

/s/
Stephanie A. Gallagher
United States District Judge