# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Asylum Seeker Advocacy Project                          *

**Plaintiff,**

                                                    *

**v.**                                          **Case No.** 1:25-cv-03299-SAG

                                                    *

U.S. Citizenship and Immigraiton Services, et al.

**Defendant.**                                          *

## MOTION FOR ADMISSION PRO HAC VICE

I, Andrew G. Barron _____, am a member in good standing of the bar of this

Court.   I am moving the admission of Eric Brooks _____

to appear pro hac vice in this case as counsel for Asylum Seeker Advocacy Project _____.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia Court of Appeals, January 6, 2020 | U.S. Court of Appeals for the Third Circuit, 3/24/2021 |
|  | U.S. Court of Appeals for the Second Circuit, 04/08/2020 |
|  | District of the District of Columbia, 08/04/2025 |
|  | Supreme Court of the United States, 07/22/2024 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0 _____ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/Andrew G. Barron

_____
Signature

Andrew G. Barron (#30311)
_____
Printed name and bar number

Gibson, Dunn & Crutcher LLP
_____
Office name

1700 M Street NW, Washington DC 20036
_____
Address

(202) 777-9593
_____
Telephone number

(202) 831-6088
_____
Fax Number

abarron@gibsondunn.com
_____
Email Address

PROPOSED ADMITTEE

/s/Eric Brooks

(Signed by Andrew Barron with permission of Eric Brooks)
_____
Signature

Eric Brooks
_____
Printed name

Gibson, Dunn & Crutcher LLP
_____
Office name

1700 M St. NW, Washington DC 20036
_____
Address

(202) 777-9302
_____
Telephone number

(202) 831-6088
_____
Fax Number

ebrooks2@gibsondunn.com
_____
Email Address