IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG<br><br>**Hearing Scheduled on January 28, 2026**<br><br>**Decision Requested by January 30, 2026** |

**Notice of Supplemental Factual Developments**

Plaintiff Asylum Seeker Advocacy Project ("ASAP") submits this Notice to inform the Court of highly relevant information ASAP learned after it submitted its Reply in Support of Motion for a Temporary Restraining Order, Preliminary Injunction, and/or Preliminary Relief Under 5 U.S.C. § 705 (ECF 73).

DATED:  January 28, 2026

Respectfully submitted,

*/s/ Andrew G. Barron*

Matt Gregory*
Susan M. Pelletier*
Eric Brooks*
Andrew G. Barron (D. Md. Bar 30311)
T. Hunter Mason*
Rachel E. Schwab (D. Md. Bar 31646)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:   (202) 955-8500
Facsimile:    (202) 831-6088
mgregory@gibsondunn.com
spelletier@gibsondunn.com
ebrooks2@gibsondunn.com
abarron@gibsondunn.com
hmason@gibsondunn.com
rschwab@gibsondunn.com

Conchita Cruz*
Jessica Hanson (D. Md. Bar 31903)
Leidy Perez*
Marcela X. Johnson*
Juan E. Bedoya*
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone:     (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
leidy.perez@asaptogether.org
marcela.johnson@asaptogether.org
juan.bedoya@asaptogether.org

*Counsel for Plaintiff*

*Admitted *pro hac vice*