

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
███████ IMMIGRATION COURT

Respondent Name:

███████████████████████

To:

███████████
███████
█████████████

A-Number:

████████

Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
01/13/2026

## ORDER OF THE IMMIGRATION JUDGE

Public Law 119-21, 139 Stat. 72 requires all aliens with an asylum application pending for 365 days or more to pay an annual fee (AAF) of $100, in addition to any other fee. Public Law 119-21, 139 Stat. 72 also authorizes annual increases of the AAF for inflation, in addition to any other fee increases. Any alien who has an asylum application pending for one year or more must pay the AAF and for each year thereafter for which the application remains pending. Only one fee per 365-day period is required.

☑ Your Form I-589, Application for Asylum and for Withholding of Removal, has been pending for 365 days or more since October 1, 2024, and you have not previously been ordered to pay the AAF.

☐ Your Form I-589, Application for Asylum and for Withholding of Removal, has been pending for 365 days or more since you were last ordered to pay the AAF.

Therefore, you are hereby ordered to pay **$100** to the Executive Office for Immigration Review (EOIR). Your payment must be made through EOIR's Payment Portal located online at:

https://epay.eoir.justice.gov/index

Please complete the required fields on the EOIR Payment Portal by entering your Alien Registration number (A-number), select the drop down titled Annual Asylum Fee (AAF) -Pending Application for Asylum and click the "Pay Now" button. Once paid, you will receive a digital receipt that includes a Tracking ID. Please save or print that receipt immediately. You will not receive a copy of that receipt via email. The Tracking ID will be required if you ever need to retrieve a copy of the receipt.

Your payment of **$100** is due on 01/14/2026. Failure to timely pay the fee may result in a finding that you have abandoned or withdrawn your application and may result in its denial or dismissal.

So ordered.



Immigration ▮ 01/13/2026

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name ▮ | A-Number ▮
Riders:
Date: 01/14/2026 By: ▮ , Court Staff