# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ASYLUM SEEKER ADVOCACY PROJECT,

   *Plaintiff*,

         *v.*

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

   *Defendants*.

No. 1:25-cv-03299-SAG

**DEFENDANTS' NOTICE REGARDING EOIR TEMPLATE ORDER**

In response to questions at the January 28, 2026, hearing regarding when the current template order became available for Executive Office for Immigration Review (EOIR) immigration judges' use in cases where the Annual Asylum Fee is due, Defendants submit the attached declaration and exhibit. The declaration explains that the template order was available beginning December 8, 2025—several weeks before Policy Memorandum (PM) 26-01 was issued on January 2, 2026. Defendants file this notice to supplement the evidence and arguments submitted in writing and orally in support of their motion to lift the stay and their opposition to Plaintiff's motion for preliminary relief. *See* ECF Nos. 71, 81. For example, the available date of the template order supports Defendants' positions on standing and irreparable harm. *See, e.g.*, ECF No. 81 at 13 (arguing that "alleged injuries from IJs' issuing orders requiring payment after an

alien allegedly paid the fee" are "not traceable to PM 26-01" and citing an alleged example of such an order submitted by Plaintiff).[1]

January 29, 2026                                *Respectfully submitted,*

                                                  BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Elizabeth Hedges*
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 616-0929
elizabeth.t.hedges@usdoj.gov

*Counsel for Defendants*

---

[1] Page numbers given for ECF filings correspond to the numbers shown at the top right of the page, *e.g.*, "Page 5 of 7."