UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

ASYLUM SEEKER ADVOCACY PROJECT,

   *Plaintiff*,

       *v.*

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

   *Defendants*.

No. 1:25-cv-03299-SAG

---

**DECLARATION OF DAREN K. MARGOLIN**

    I, Daren K. Margolin, submit this declaration pursuant to 28 U.S.C. § 1746 and declare under penalty of perjury as follows:

    1.    I am the Director of the Executive Office for Immigration Review ("EOIR") in the U.S. Department of Justice ("DOJ"). EOIR's mission is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings. I was appointed EOIR Director in October 2025 by the Attorney General.

    2.    This declaration is based on my personal knowledge and information made available to me in the course of performing my official duties.

    3.    On July 4, 2025, President Donald J. Trump signed the One Big Beautiful Bill Act ("OBBBA") (H.R.1), which, inter alia, introduced or increased certain immigration-related fees

relevant to EOIR. The purpose of this declaration is to provide information regarding H.R.1's annual asylum fee (AAF) as collected by EOIR.

4.  The EOIR template order currently available for immigration judges to use in ordering that the AAF be paid was available to immigration judges beginning on December 8, 2025. An exemplar copy of the template is attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of January, 2026.

DAREN MARGOLIN
Digitally signed by DAREN MARGOLIN
Date: 2026.01.29 14:26:19 -05'00'

Daren K. Margolin
Director
Executive Office for Immigration Review

# EXHIBIT A

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**

███████████████████████

**IMMIGRATION COURT**

| Respondent Name: ██████████ | A-Number: ██████ |
|---|---|
| To: ██████████ | Riders: ██████████ |
| | In Removal Proceedings |
| | Initiated by the Department of Homeland Security |
| | Date: ██████ |

### ORDER OF THE IMMIGRATION JUDGE

Public Law 119-21, 139 Stat. 72 requires all aliens with an asylum application pending for 365 days or more to pay an annual fee (AAF) of $100, in addition to any other fee. Public Law 119-21, 139 Stat. 72 also authorizes annual increases of the AAF for inflation, in addition to any other fee increases. Any alien who has an asylum application pending for one year or more must pay the AAF and for each year thereafter for which the application remains pending. Only one fee per 365-day period is required.

- ☑ Your Form I-589, Application for Asylum and for Withholding of Removal, has been pending for 365 days or more since October 1, 2024, and you have not previously been ordered to pay the AAF.

- ☑ Your Form I-589, Application for Asylum and for Withholding of Removal, has been pending for 365 days or more since you were last ordered to pay the AAF.

Therefore, you are hereby ordered to pay **$100** to the Executive Office for Immigration Review (EOIR). Your payment must be made through EOIR's Payment Portal located online at:

https://epay.eoir.justice.gov/index

Please complete the required fields on the EOIR Payment Portal by entering your Alien Registration number (A-number), select the drop down titled Annual Asylum Fee (AAF) -Pending Application for Asylum and click the "Pay Now" button. Once paid, you will receive a digital receipt that includes a Tracking ID. Please save or print that receipt immediately. You will not receive a copy of that receipt via email. The Tracking ID will be required if you ever need to retrieve a copy of the receipt.

Your payment of **$100** is due on ██████. Failure to timely pay the fee may result in a finding that you have abandoned or withdrawn your application and may result in its denial or dismissal.

So ordered.

Immigration Judge: █████

Appeal:  Department of Homeland Security:  ☐ waived  ☐ reserved
         Respondent:                        ☐ waived  ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name: ███████████ | A-Number: ███████

Riders:
█████████

Date: ██████  By: ██████████