# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ASYLUM SEEKER ADVOCACY PROJECT,

   *Plaintiff*,

      *v.*

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

   *Defendants*.

No. 1:25-cv-03299-SAG

**DEFENDANTS' NOTICE REGARDING PLAINTIFF'S RESPONSE**

Defendants hereby notify the Court that they plan to submit a short reply to Plaintiff's brief, ECF No. 89, which responded to Defendants' January 29, 2026, filings. The reply will focus on a few issues important to this Court's informed resolution of the pending motions. Defendants plan to file their reply before end of day today, January 30, 2026, and request that the Court consider the reply in its decision on those motions. *See* Jan. 28, 2026, Hr'g Tr. 83:25-84:7 (discussing timing for responding to post-hearing submissions).

| | |
|---|---|
| January 30, 2026 | *Respectfully submitted,* |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | BRAD P. ROSENBERG<br>Special Counsel |
| | <u>*/s/ Elizabeth Hedges*</u><br>ELIZABETH HEDGES<br>Counsel to the Assistant Attorney General<br>United States Department of Justice<br>Civil Division<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>(202) 616-0929<br>elizabeth.t.hedges@usdoj.gov |
| | *Counsel for Defendants* |