UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASYLUM SEEKER ADVOCACY PROJECT,

   *Plaintiff*,

   v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

   *Defendants*.

No. 1:25-cv-03299-SAG

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants hereby move the Court for an unopposed extension of time in which to respond to Plaintiff's Amended Complaint, ECF No. 72. Currently, Defendants' response is due on Monday, February 2, 2026. Defendants respectfully request an extension of fourteen (14) days, to and including February 17, 2026.[1] Counsel for the parties conferred, and counsel for Plaintiff represented that Plaintiff has no objection to a 14-day extension.

In support of the motion, Defendants state as follows:

1. Plaintiff filed its Complaint on October 3, 2025, ECF #1. Plaintiff moved for preliminary relief shortly thereafter. ECF #29. The Court granted the motion in part and denied it in part. ECF #54–55.

2. Defendants' response to Plaintiff's original Complaint was due December 9, 2025. The Court granted an extension of that deadline to January 30, 2026. ECF #61.

---

[1] The deadline would otherwise fall on February 16, 2026, a federal holiday.

3. On January 12, 2026, Plaintiff filed an "Emergency Motion to Clarify the Stay" previously entered by the Court. ECF #64. The Court denied the motion. ECF #70.

4. On January 16, 2026, Defendants filed a motion to lift the Court's stay. ECF #71.

5. On January 17, 2026, Plaintiff filed an amended complaint. ECF #72. Plaintiff then filed an emergency motion for preliminary relief. ECF #73.

6. On January 28, 2026, the Court held a hearing on both Defendants' motion to lift the stay, ECF #71, and Plaintiff's motion for preliminary relief, ECF #73. As of the date of this filing, both motions remain pending.

7. Federal Rule of Civil Procedure 15(a)(3) requires that a "response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Accordingly, Defendants' response to Plaintiff's Amended Complaint is currently due February 2, 2026.

8. In light of the motions currently pending, and for good cause, Defendants respectfully move the Court to enter an order extending their deadline to respond to the Amended Complaint to February 17, 2026.

9. Good causes exists for the requested extension. The Court's resolution of the issues raised in the pending motions will likely bear on Defendants' response to the Amended Complaint. Additionally, the requested extension will allow Defendants time to confer with Plaintiff regarding the issues that remain in dispute, potentially narrow those issues, and evaluate what form of response it would be most appropriate to file. Therefore, the proposed extension would serve judicial economy and efficiency,

conserve the parties' resources, and allow Defendants sufficient time to craft their response.

10. Plaintiff does not object to a 14-day extension.

A proposed order is attached for the Court's consideration.

<table>
<tr><td>January 30, 2026</td><td><em>Respectfully submitted,</em><br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>BRAD P. ROSENBERG<br>Special Counsel<br><br><u><em>/s/ Elizabeth Hedges</em></u><br>ELIZABETH HEDGES<br>Counsel to the Assistant Attorney General<br>United States Department of Justice<br>Civil Division<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>(202) 616-0929<br>elizabeth.t.hedges@usdoj.gov<br><br><em>Counsel for Defendants</em></td></tr>
</table>