UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et. al.*,<br><br>*Defendants*. | No. 1:25-cv-03299-SAG |

**ORDER**

Upon consideration of Defendants' January 30, 2026, Unopposed Motion for Extension of Time, it is hereby ORDERED that the motion is GRANTED. Defendants shall have an extension of 14 days, to and including February 17, 2026, in which to file their response to the Amended Complaint, ECF No. 72.

Date: February 2, 2026

_____/s/_____
The Honorable Stephanie A. Gallagher
United States District Judge