**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

|  |  |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-03299-SAG |

## <u>MOTION TO WITHDRAW</u>

Plaintiff's counsel T. Hunter Mason hereby moves to withdraw from his representation of the Asylum Seeker Advocacy Project because he is leaving his employ with Gibson, Dunn & Crutcher, LLP as of February 6, 2026.  Plaintiff continues to be represented by other attorneys from Gibson, Dunn & Crutcher & the Asylum Seeker Advocacy Project who have entered their respective appearances in the case.

DATED:  February 5, 2026

Respectfully submitted,

*/s/ T. Hunter Mason*

T. Hunter Mason*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:     (202) 955-8500
Facsimile:     (202) 831-6088
HMason@gibsondunn.com

*Counsel for Plaintiff*

*Admitted pro hac vice

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

ASYLUM SEEKER ADVOCACY
PROJECT,

          Plaintiff,

    v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES, *et
al.*,

          Defendants.

Civil Action No. 1:25-cv-03299-SAG

**[PROPOSED] ORDER**

    **THIS MATTER,** being brought before the Court by Plaintiff's Counsel T.

Hunter Mason's Motion to Withdraw.  Having duly considered the Motion,

    **IT IS**, on this _____ day of February, 2026,

    **ORDERED** that Mr. Mason's Motion to Withdraw is hereby **GRANTED.**

          _____

          Judge Stephanie A. Gallagher
          U.S. District Court Judge for the District of
          Maryland