**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

**Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss**

Plaintiff respectfully moves the Court for a two-week extension of the deadline for Plaintiff to file its response to Defendants' Motion to Dismiss, ECF 99. Defendants do not oppose this request. This motion does not affect Plaintiff's pending Motion to Set Deadlines for Certifying the Administrative Records and Briefing on Dispositive Motions, ECF 98, which Defendants oppose.

In support of this motion, Plaintiff states the following:

1. Currently, Plaintiff's response to Defendants' Motion to Dismiss is due March 3, 2026.

2. Plaintiff requests a two-week extension of the deadline to respond to Defendants' Motion to Dismiss to allow the Court adequate time to determine Plaintiff's pending motion requesting a case schedule to govern further proceedings in this matter, including a deadline for Defendants to certify the administrative records and then deadlines for cross-dispositive motions.

3.    In addition, the two-week extension is warranted given the number of legal issues raised by Defendants' Motion to Dismiss.

4.    If Plaintiff's request for an extension is granted, Plaintiff's new deadline to file its response would be March 17, 2026.

5.    Plaintiff previously requested a case schedule pursuant to which Plaintiff's response to Defendants' motion to dismiss and Plaintiff's cross-motion for summary judgment would be due 30 days after Defendants certify the administrative records (assuming no motions practice related to the records).  ECF 98.  That motion remains pending.

6.    On February 19, 2026, Plaintiff's counsel informed Defendants' counsel of Plaintiff's intent to file this motion for an extension of time to respond to Defendants' Motion to Dismiss, subject to Plaintiff's pending motion concerning the broader case schedule and certification of the administrative records.

7.    Defendants' counsel stated that Defendants do not oppose Plaintiff's request for a two-week extension of Plaintiff's deadline to respond to Defendants' Motion to Dismiss.

For these reasons, the Court should grant Plaintiff's unopposed request for a two-week extension of its deadline to file its response to Defendants' Motion to Dismiss, without prejudice to the Court's consideration of Plaintiff's separate, opposed request to set a case schedule and deadlines for cross-dispositive motions.

DATED:  February 20, 2026

Respectfully submitted,

/s/ Andrew G. Barron

Matt Gregory*
Susan M. Pelletier*
Eric Brooks*
Andrew G. Barron (D. Md. Bar 30311)
Rachel E. Schwab (D. Md. Bar 31646)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:     (202) 955-8500
Facsimile:     (202) 831-6088
mgregory@gibsondunn.com
spelletier@gibsondunn.com
ebrooks2@gibsondunn.com
abarron@gibsondunn.com
rschwab@gibsondunn.com

Conchita Cruz*
Jessica Hanson (D. Md. Bar 31903)
Leidy Perez*
Marcela X. Johnson*
Juan E. Bedoya*
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone:     (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
leidy.perez@asaptogether.org
marcela.johnson@asaptogether.org
juan.bedoya@asaptogether.org

*Counsel for Plaintiff*

*Admitted *pro hac vice*

3