**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT, <br><br> *Plaintiff*, <br><br> *v.* <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-03299-SAG |

**DEFENDANTS' NOTICE REGARDING
CERTIFICATION OF ADMINISTRATIVE RECORDS**

Defendants provide this response to the Court's order dated March 3, 2026, stating that the Court wishes to "hear from the government (1) what steps it must take to certify the administrative records and (2) the earliest point it can do so." ECF No. 104.

The following steps are required for EOIR to certify the administrative records (ARs) for PM 25-36 and PM 26-01, and for USCIS to certify the AR for its July 22, 2025, Federal Register Notice:

1. Compile record documents from policy makers, subject-matter experts, and drafting offices.

2. Review the assembled documents for completeness, metadata, and any necessary redactions.

3. Convert all record documents to Portable Document Format.

4. Add page numbers.

5. Create an index.

6. Obtain certification from the appropriate individual.

7. Upload the record to the appropriate file-sharing site.

As of the time of this filing, USCIS has completed the steps listed above. EOIR may be able to certify its AR by the close of business on March 6, 2026, but it can say with more certainty that the steps will be completed by end of day on March 9, 2026.

March 6, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Elizabeth Hedges*
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 616-0929
elizabeth.t.hedges@usdoj.gov

*Counsel for Defendants*