**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

ASYLUM SEEKER ADVOCACY PROJECT,

    Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

    Defendants.

Civil Action No. 1:25-cv-03299-SAG

**Order Granting Joint Motion to Extend the Briefing Schedule on Dispositive Motions
and for Leave to File Excess Pages**

Upon consideration of the Joint Motion to Extend the Briefing Schedule on Dispositive Motions and for Leave to File Excess Pages, it is hereby ordered that:

- Assuming no motion is filed concerning the contents of the administrative record, Plaintiff's consolidated opposition to Defendants' motion to dismiss and cross-motion for summary judgment is due by May 7, 2026.

- Defendants' consolidated opposition and reply brief in support of their motion to dismiss is due 30 days after Plaintiff files its consolidated opposition and cross-motion for summary judgment.

- Plaintiff's reply brief is due 21 days after Defendants file their consolidated opposition and reply brief in support of their motion to dismiss.

- Plaintiff may file a memorandum in support of its consolidated opposition to Defendants' motion to dismiss and cross-motion for summary judgment of up to 45 pages, and Defendants may file a consolidated opposition and reply brief in support of their motion to dismiss of up to 45 pages.

2

Dated: April 20, 2026

/s/

Stephanie A. Gallagher
United States District Judge