**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

|  |  |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

**Plaintiff's Notice of Voluntary Dismissal re Defendants USCIS and Director Edlow**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff gives notice of the voluntary dismissal of all claims against Defendant United States Citizenship and Immigration Services ("USCIS") and Defendant Joseph B. Edlow, in his official capacity as Director of USCIS. No court order is required to effectuate dismissal, *see* Fed. R. Civ. P. 41(a)(1)(A), so Plaintiff's actions against Defendant USCIS and Defendant Edlow are dismissed upon the filing of this notice.

DATED:  May 22, 2026

Respectfully submitted,

*/s/Andrew G. Barron*

Matt Gregory*
Susan M. Pelletier*
Eric Brooks*
Andrew G. Barron (D. Md. Bar 30311)
Rachel E. Schwab (D. Md. Bar 31646)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:     (202) 955-8500
Facsimile:     (202) 831-6088
mgregory@gibsondunn.com
spelletier@gibsondunn.com
ebrooks2@gibsondunn.com
abarron@gibsondunn.com
rschwab@gibsondunn.com

Conchita Cruz*
Jessica Hanson (D. Md. Bar 31903)
Leidy Perez*
Marcela X. Johnson*
Juan E. Bedoya*
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone:     (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
leidy.perez@asaptogether.org
marcela.johnson@asaptogether.org
juan.bedoya@asaptogether.org

*Counsel for Plaintiff*
*Admitted *pro hac vice*

2