**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

ASYLUM SEEKER ADVOCACY PROJECT,

        Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

        Defendants.

Civil Action No. 1:25-cv-03299-SAG

**Joint Motion to Extend the Briefing Schedule on Dispositive Motions**

Plaintiff and Defendants write jointly to request an 11-day extension to the briefing schedule for dispositive motions to allow the parties to account for a new procedural posture following ASAP's voluntary dismissal of its claims against Defendant United States Citizenship and Immigration Services ("USCIS") and Director Joseph Edlow.

Good cause exists for an extension of the briefing schedule. Among other agency actions challenged in this lawsuit, Plaintiff challenged USCIS's implementation of the annual asylum fee as reflected in USCIS's Federal Register Notice (FRN). *See* 90 Fed. Reg. 34,511 (July 22, 2025). USCIS's new interim final rule adopted relevant interpretations and rationale described in the FRN and further implemented the annual asylum fee, including "codification of the Annual Asylum Fee (AAF) requirement in 8 U.S.C. 1808," "consequences for failure to pay the AAF[,] and limitations related to employment authorization required by 8 U.S.C. 1810(b)." 91 Fed. Reg. at 22,954. In light of this development, ASAP has voluntarily dismissed all of its claims against USCIS and Director Edlow pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

An extension is warranted to allow Plaintiff additional time to incorporate the

consequences of dismissal into its forthcoming brief and to allow Defendants additional time to evaluate the impact of the dismissal on this litigation.  Both parties reserve all rights and waive no arguments regarding the impact of the interim final rule on this litigation.

For this reason, the parties respectfully request an 11-day extension for the deadlines identified in ECF 113, reflected in the following proposed schedule:

- Plaintiff's consolidated opposition to Defendants' motion to dismiss and cross-motion for summary judgment would be due by June 8, 2026—assuming no motions practice concerning the contents of the administrative records is necessary.

- Defendants' consolidated opposition and reply brief in support of their motion to dismiss would be due 30 days after Plaintiff files its consolidated opposition and cross-motion for summary judgment.

- Plaintiff's reply brief would be due 21 days after Defendants file their consolidated opposition and reply brief in support of their motion to dismiss.

Plaintiff does not anticipate requesting any further extension of the deadline to file its consolidated opposition to Defendants' motion to dismiss and cross-motion for summary judgment.

DATED:  May 22, 2026

/s/ Elizabeth Hedges
(Signed by Plaintiff's Counsel with
permission of Elizabeth Hedges)

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 616-0929
elizabeth.t.hedges@usdoj.gov

CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

Counsel for Defendants

Respectfully submitted,

/s/ Andrew G. Barron

Matt Gregory*
Susan M. Pelletier*
Eric Brooks*
Andrew G. Barron (D. Md. Bar 30311)
Rachel E. Schwab (D. Md. Bar 31646)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:     (202) 955-8500
Facsimile:     (202) 831-6088
mgregory@gibsondunn.com
spelletier@gibsondunn.com
ebrooks2@gibsondunn.com
abarron@gibsondunn.com
rschwab@gibsondunn.com

Conchita Cruz*
Jessica Hanson (D. Md. Bar 31903)
Leidy Perez*
Marcela X. Johnson*
Juan E. Bedoya*
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone:     (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
leidy.perez@asaptogether.org
marcela.johnson@asaptogether.org
juan.bedoya@asaptogether.org

Counsel for Plaintiff
*Admitted pro hac vice