**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

**[Proposed] Order Granting Joint Motion to Extend the Briefing Schedule on Dispositive Motions**

Upon consideration of the Joint Motion to Extend the Briefing Schedule on Dispositive Motions, it is hereby ordered that:

- Assuming no motion is filed concerning the contents of the administrative record, Plaintiff's consolidated opposition to Defendants' motion to dismiss and cross-motion for summary judgment is due by June 8, 2026.

- Defendants' consolidated opposition and reply brief in support of their motion to dismiss is due 30 days after Plaintiff files its consolidated opposition and cross-motion for summary judgment.

- Plaintiff's reply brief is due 21 days after Defendants file their consolidated opposition and reply brief in support of their motion to dismiss.

Dated: May __, 2026

_____
Stephanie A. Gallagher
United States District Judge