**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-03299-SAG |

### Plaintiff's Unopposed Motion to Amend Caption

Plaintiff Asylum Seeker Advocacy Project ("ASAP") respectfully moves to amend the case caption to reflect the current defendants remaining in this action: the Executive Office for Immigration Review ("EOIR"), Daren K. Margolin in his official capacity as Director of the Executive Office for Immigration Review, and Acting U.S. Attorney General Todd Blanche. Those are the only defendants that remain in this action given ASAP's notice of voluntary dismissal of all claims against Defendant United States Citizenship and Immigration Services ("USCIS") and Defendant Joseph B. Edlow.  ECF 114.

ASAP also requests that the Clerk update the caption to replace Pamela Bondi with Todd Blanche as the named Attorney General defendant.  In January 2026, ASAP amended its complaint as of right.  ECF 72.  ASAP's First Amended Complaint named as a defendant then-Attorney General Pamela Bondi in her official capacity.  In April 2026, Todd Blanche was named the Acting U.S. Attorney General.  *See* 28 U.S.C. § 508(a).  Under Federal Rule of Civil Procedure 25(d), Acting Attorney General Blanche "is automatically substituted as a party."  For avoidance of doubt, ASAP submits the attached Declaration of Service demonstrating completion of service on then-Attorney General Pamela Bondi in her official capacity.

1

ASAP respectfully requests that the caption be updated to reflect these parties to the action.

Defendants do not oppose revising the caption in the manner described in this motion.


DATED: June 2, 2026

Respectfully submitted,
/s/ *Andrew G. Barron*

Matt Gregory*
Susan M. Pelletier*
Eric Brooks*
Andrew G. Barron (D. Md. Bar 30311)
Rachel E. Schwab (D. Md. Bar 31646)
GIBSON, DUNN & CRUTCHER, LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 831-6088
mgregory@gibsondunn.com
spelletier@gibsondunn.com
ebrooks2@gibsondunn.com
abarron@gibsondunn.com
rschwab@gibsondunn.com

Conchita Cruz*
Jessica Hanson (D. Md. Bar 31903)
Leidy Perez*
Marcela X. Johnson*
Juan E. Bedoya*
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone: (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
leidy.perez@asaptogether.org
marcela.johnson@asaptogether.org
juan.bedoya@asaptogether.org

*Counsel for Plaintiff*

*Admitted *pro hac vice*