**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

**<u>DECLARATION OF SERVICE</u>**

I, Andrew G. Barron, declare as follows:

1. I am a competent adult and have personal knowledge of the following facts.

2. I am an associate attorney at the law firm of Gibson, Dunn & Crutcher LLP, and I practice in the firm's Washington, D.C. office.

3. I represent the Asylum Seeker Advocacy Project in the above-captioned case, which was filed on October 3, 2025.

4. On January 22, 2026, I caused true and correct copies of the summons and complaint to be served on then-U.S. Attorney General Pamela Bondi in her official capacity.  On January 21, 2026, I caused true and correct copies of the summons and complaint to be served on the entities and officials identified in Federal Rule of Civil Procedure 4(i).  To effectuate service, I caused true and correct copies of the summons and complaint to be sent via U.S. Postal Service ("USPS") priority mail with certified return receipts requested.

5. Below are the addresses on the envelopes and the associated USPS Tracking numbers:

> Pamela Bondi, US Attorney General
> Department of Justice

1

Attn: Asst. Atty. General for Admin.,
Justice Management Div.
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(USPS Tracking #9589071052700323425204)

Department of Justice
ATTN: Assistant Attorney General for Administration
Justice Management Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(USPS Tracking #9589071052700323425167)

US Attorney for the District of Maryland
36 S. Charles Street
4th Floor
Baltimore, MD 21201
(USPS Tracking #9589071052700323425174)

6. I am in receipt of USPS certified mail receipts (PS Form 3800) for each of the above-referenced envelopes.  True and correct copies of the certified mail receipts for all three envelopes are attached.  *See* Ex. A at 2–4.

7. I am in receipt of a domestic return receipts (PS Form 3811) showing the following dates of receipt for the above-referenced envelopes: January 23, 2026 (envelope addressed to the U.S. Attorney for the District of Maryland), January 28, 2026 (envelope addressed to Pamela Bondi, then-U.S. Attorney General), and February 4, 2026 (envelope addressed to the Department of Justice).  True and correct copies of the domestic return receipts for these envelopes are attached.  *See id.* at 5–7.

8. I declare under penalty of perjury that the foregoing information is true and correct.

Executed in Washington, D.C. on the 2nd day of June 2026.

2

/s/ Andrew G. Barron
Andrew G. Barron (D. Md. Bar 30311)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile:  (202) 831-6088
abarron@gibsondunn.com
Counsel for Plaintiff