# Exhibit A

**True and Correct Copy of Certified Mail Receipt for Envelope Addressed to Pamela Bondi, U.S. Attorney General (USPS Tracking #9589071052700323425204)**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| Certified Mail Fee | $5.30 | | 0233 |
| --- | --- | --- | --- |

$ $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage
$ $12.25

$21.95

01/22/2026

Pamela Bondi, US Attorney General
Department of Justice
Attn: Asst. Atty. General for Admin.,
Justice Management Div.
950 Pennsylvania Avenue, N. W.
Washington, D. C. 20530-0001

See Reverse for Instructions

2

**True and Correct Copy of Certified Mail Receipt for Envelope Addressed to the Department of Justice (USPS Tracking #9589071052700323425167)**

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.30 | 0233 |
| $ $4.40 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $11.05 | |
| Tot $20.75 | 01/21/2026 |

DEPARTMENT OF JUSTICE
ATTN: ASSISTANT ATTORNEY GENERAL FOR
ADMINISTRATION
JUSTICE MANAGEMENT DIVISION
950 PENNSYLVANIA AVENUE, N. W.
WASHINGTON, D.C. 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**True and Correct Copy of Certified Mail Receipt for Envelope Addressed to the U.S. Attorney for the District of Maryland (USPS Tracking #9589071052700323425174)**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Baltimore, MD 21201

OFFICIAL USE

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage  $11.05

Total $20 US ATTORNEY FOR THE DISTRICT OF

Sent: MARYLAND

Street: 36 S. CHARLES STREET
4TH FLOOR

City: BALTIMORE, MD 21201

01/21/2026

0233
2

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**True and Correct Copy of Domestic Return Receipt for Envelope Addressed to Pamela Bondi, U.S. Attorney General
(USPS Tracking #9589071052700323425204)**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pamela Bondi, US Attorney General
Department of Justice
Attn: Asst. Atty. General for Admin.,
Justice Management Div.
950 Pennsylvania Avenue, N. W.
Washington, D. C. 20530-0001

9590 9402 9793 5266 0364 15

2. Article Number (Transfer from service label)

9589 0710 5270 0323 4252 04

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Evie Sassak*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   JAN 2 8 2026   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

INSPECTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ed Mail
...ed Mail Restricted Delivery $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**True and Correct Copy of Domestic Return Receipt for Envelope Addressed to the Department of Justice**
**(USPS Tracking #9589071052700323425167)**

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  *Evie Glassal*<br>X ☐ Agent ☐ Addressee<br>FEB 0 4 2026<br>B. Received by (*Printed Name*)  C. Date of Delivery |
| 1. Article Addressed to:<br>DEPARTMENT OF JUSTICE<br>ATTN: ASSISTANT ATTORNEY GENERAL FOR ADMINISTRATION<br>JUSTICE MANAGEMENT DIVISION<br>950 PENNSYLVANIA AVENUE, N. W.<br>WASHINGTON, D.C. 20530-0001<br>DEPARTMENT OF JUSTICE | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

9590 9402 8490 3186 0005 46

2. Article Number (*Transfer from service label*)
9589 0710 5270 0323 4251 67

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**True and Correct Copy of Domestic Return Receipt for Envelope Addressed to the U.S. Attorney for the District of Maryland
(USPS Tracking #9589071052700323425174)**

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)* — Kameron Ellison   C. Date of Delivery 1/23/26 |
| 1. Article Addressed to:<br><br>US ATTORNEY FOR THE DISTRICT OF MARYLAND<br>36 S. CHARLES STREET<br>4TH FLOOR<br>BALTIMORE, MD 21201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8489 3186 9926 78 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>9589 0710 5270 0323 4251 74 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

7