**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

**[Proposed] Order Granting Plaintiff's Unopposed Motion to Amend Caption**

Upon consideration of Plaintiff's Unopposed Motion to Amend Caption, the Motion is GRANTED as follows:

- The Clerk's Office shall update the caption to reflect that only the following are currently defendants in the action:

    o The Executive Office for Immigration Review

    o Daren K. Margolin in his official capacity as Director of the Executive Office for Immigration.

    o Todd Blanche in his official capacity as Acting U.S. Attorney General.

Dated: June __, 2026

_____
Stephanie A. Gallagher
United States District Judge