**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT, | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-03299-SAG |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, | **Hearing Requested** |
| Defendants. | |

**Plaintiff's Motion for Summary Judgment and
Opposition to Defendants' Motion to Dismiss (ECF 99)**

Plaintiff Asylum Seeker Advocacy Project respectfully moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on Counts 1 through 3 and Count 5 of the Amended Complaint, and in the alternative on Count 4.  ASAP opposes Defendants' Motion to Dismiss (ECF 99).  For the reasons set forth in the accompanying memorandum, Plaintiff respectfully requests that the Court grant summary judgment to Plaintiff, deny Defendants' Motion to Dismiss, and enter the relief described in the accompanying proposed order.

DATED: June 8, 2026

Respectfully submitted,
*/s/ Andrew G. Barron*

Matt Gregory*
Susan M. Pelletier*
Eric Brooks*
Andrew G. Barron (D. Md. Bar 30311)
Rachel E. Schwab (D. Md. Bar 31646)
GIBSON, DUNN & CRUTCHER, LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 831-6088
mgregory@gibsondunn.com
spelletier@gibsondunn.com
ebrooks2@gibsondunn.com
abarron@gibsondunn.com
rschwab@gibsondunn.com

Conchita Cruz*
Jessica Hanson (D. Md. Bar 31903)
Leidy Perez*
Marcela X. Johnson*
Juan E. Bedoya*
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone: (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
leidy.perez@asaptogether.org
marcela.johnson@asaptogether.org
juan.bedoya@asaptogether.org

*Counsel for Plaintiff*

*Admitted pro hac vice

2