**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

**DECLARATION OF ANDREW G. BARRON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Andrew G. Barron, declare as follows:

1.  I am a competent adult and have personal knowledge of the following facts.

2.  I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, and I practice in the firm's Washington, D.C. office.

3.  I represent the Asylum Seeker Advocacy Project in the above-captioned case.

4.  Attached as Exhibit A is Plaintiff's Appendix of Materials from the Certified Administrative Record consisting of true and correct copies of: (1) select documents that Defendants produced to Plaintiff when Defendants certified the Administrative Record for the Executive Office for Immigration Review; and (2) documents that Defendants produced to Plaintiff when Defendants certified the Administrative Record for United States Citizenship and Immigration Services.  The Appendix begins with an index created by Plaintiff's counsel listing the documents chosen for inclusion in Plaintiff's Appendix of Materials from the Certified Administrative Record.

1

5. Attached as Exhibit B is a true and correct copy of a November 10, 2025 email I received from Defendants' counsel at the time, Zareen Iqbal, with personally identifiable information redacted.[1]

6. I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

Executed in Washington, D.C. on the 8th day of June, 2026.

/s/ Andrew G. Barron
Andrew G. Barron (D. Md. Bar 30311)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:    (202) 955-8500
Facsimile:    (202) 831-6088
abarron@gibsondunn.com
Counsel for Plaintiff

---

[1] All redactions in exhibits submitted with this motion contain information that could be used to identify individual asylum applicants and are redacted for similar reasons identified in ECF 47.

2