# Barron Declaration

# EXHIBIT B

| From: | Iqbal, Zareen (CIV) |
|---|---|
| To: | Barron, Andrew G.; Gregory, Matt; Azrak, Cesar E (CIV) |
| Cc: | Pelletier, Susan M. |
| Subject: | RE: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment |
| Date: | Monday, November 10, 2025 11:42:53 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Hello Andrew,

Sorry I wasn't able to get back to you earlier. USCIS posted the following updates:

The USCIS AAF comms have been published:

- https://www.uscis.gov/newsroom/alerts/court-order-on-annual-asylum-fee-notices (new web alert)
- https://www.uscis.gov/i-589 (updated alert box and "Fees" accordion)
- https://www.uscis.gov/humanitarian/refugees-and-asylum/asylum (updated alert box)
- https://www.uscis.gov/g-1055 (updated alert box)
- https://www.uscis.gov/newsroom/alerts/uscis-updates-fees-based-on-hr-1 (added alert box)

EOIR intends to also post public notice, which will clarify that *asylum* fees are not required for applications for CAT/withholding of removal under INA. No info on when specifically that will be posted.

Please let us know if you have any other questions.

Best Regards,
Zareen

---

From: Iqbal, Zareen (CIV)
Sent: Sunday, November 9, 2025 11:51 PM
To: 'Barron, Andrew G.' <ABarron@gibsondunn.com>; Gregory, Matt <MGregory@gibsondunn.com>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
Cc: Pelletier, Susan M. <SPelletier@gibsondunn.com>
Subject: RE: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment

Hello Andrew,

Thanks for sending the below questions. I will consult with USCIS and EOIR. Yes, I think a

tag up on Tuesday would probably be best.

Will reach back out to you Monday afternoon.

Best Regards,
Zareen

---

**From:** Barron, Andrew G. <ABarron@gibsondunn.com>
**Sent:** Saturday, November 8, 2025 9:03 AM
**To:** Iqbal, Zareen (CIV) <Zareen.Iqbal2@usdoj.gov>; Gregory, Matt <MGregory@gibsondunn.com>;
Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>
**Subject:** [EXTERNAL] RE: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF
Nonpayment

 Hi Zareen, below please find three questions for the agencies:

1. Will USCIS update the annual asylum fee page and questionnaire websites to reflect the stay order? These are the main places individuals look for information from USCIS on the annual asylum fee. It is causing confusion amongst applicants who still don't understand whether they have to pay or not.
2. Will EOIR update its website to reflect the stay order? The EOIR FAQ regarding fees does not reflect the stay order.
3. Will EOIR provide public guidance to asylum seekers and immigration judges clarifying that neither the initial asylum fee nor the annual asylum fee are required to apply for or pursue applications for withholding of removal under the INA or protection under CAT?

We're open to moving our call to Tuesday if you would prefer to take these questions to the agencies first.  Let us know what works best for you.

Hope you have a nice weekend.

**Andrew Barron**
Associate Attorney

T: +1 202.777.9593 | M: +1 512.751.5659
ABarron@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Barron, Andrew G.
**Sent:** Friday, November 7, 2025 12:39 PM
**To:** 'Iqbal, Zareen (CIV)' <Zareen.Iqbal2@usdoj.gov>; Gregory, Matt <MGregory@gibsondunn.com>;

Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>
**Subject:** RE: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment

Hi Zareen,

Thank you for the update.  We'll follow up with questions.  We're available at the following times on Monday—let us know what works best for you all and I can circulate a link:
- Before 11am
- Between 11:30am and 1pm
- Between 3 and 4:30pm


**Andrew Barron**
Associate Attorney

T: +1 202.777.9593 | M: +1 512.751.5659
ABarron@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Iqbal, Zareen (CIV) <Zareen.Iqbal2@usdoj.gov>
**Sent:** Friday, November 7, 2025 9:14 AM
**To:** Barron, Andrew G. <ABarron@gibsondunn.com>; Gregory, Matt <MGregory@gibsondunn.com>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>
**Subject:** Re: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment


Good morning Andrew and Matt,

Hope all is well. I will pass along the below information to EOIR. I am out of office today but if you're available on Monday to speak, please let me know. In the meantime, you're welcome to email your questions, and I can also pass those along to the respective agencies. I will likely need to confer with the clients before providing responses anyways. Also, to update, my understanding is that additional web alerts will be posted by USCIS today.

Thank you.

Best Regards,

Zareen

Get Outlook for iOS

---

**From:** Barron, Andrew G. <ABarron@gibsondunn.com>
**Sent:** Thursday, November 6, 2025 3:41:06 PM
**To:** Gregory, Matt <MGregory@gibsondunn.com>; Iqbal, Zareen (CIV) <Zareen.Iqbal2@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>
**Subject:** [EXTERNAL] RE: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment

Hi Zareen,

Below please find the A-number for ███████████████, whose application for asylum, withholding of removal and CAT was denied and who was ordered removed due to nonpayment of the Annual Asylum Fee before EOIR. ████████ attorney of record, ████████, has given us permission to share his information with you for purposes of corrective action.

- A#████████ (Name: ██████████████)

We'd appreciate prompt corrective action in his case and, if possible, any updates on the timing of such corrective action.

As Matt noted, we'd also like to schedule a call to discuss the agencies' implementation of the stay order.  Please let us know if you are available tomorrow.

Best,
Andrew

**Andrew Barron**
Associate Attorney

T: +1 202.777.9593 | M: +1 512.751.5659
ABarron@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Gregory, Matt <MGregory@gibsondunn.com>
**Sent:** Thursday, November 6, 2025 10:44 AM
**To:** Iqbal, Zareen (CIV) <Zareen.Iqbal2@usdoj.gov>; Barron, Andrew G. <ABarron@gibsondunn.com>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>
**Subject:** RE: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment

Hi Zareen,
Could we schedule a call this afternoon or tomorrow to discuss some questions we have about the agencies' implementation of the stay order?

**Matt Gregory**
Partner

T: +1 202.887.3635 | M: +1 541.870.9202
MGregory@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Iqbal, Zareen (CIV) <Zareen.Iqbal2@usdoj.gov>
**Sent:** Saturday, November 1, 2025 1:49 PM
**To:** Gregory, Matt <MGregory@gibsondunn.com>; Barron, Andrew G. <ABarron@gibsondunn.com>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>
**Subject:** Re: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment

Good afternoon, Matt,

Hope all is well. Thanks for following up. I requested updates from USCIS and EOIR on their respective implementation of the court order.

In response to your request for an update below, USCIS has temporarily halted sending any payment notices and is working on posting a web notice that will indicate that no FY 2025 AAF is currently due.  Also, EOIR will not be issuing any notice of payment due.  All Office of Immigration Judges and BIA have been notified of the court's order and will act in accordance with the order. The Judges are all aware that currently, no FY 2025 AAF is due and will not be implementing EOIR's July PM.

With respect to any cases where an applicant has already faced any adverse consequences as a result of non-payment, again there will not be any further implementation of the FY 2025 AAF. For the specific cases identified, including those you referenced, EOIR has taken corrective action in alerting the IJ's and BIA to conduct sua sponte review. As of this email, BIA has remanded at least four of those cases to the IJ for sua sponte review and for compliance with the court order.

If you have any other questions, please let me know. If I have any other updates, I will let you know.

Best Regards,
Zareen

Get Outlook for iOS

---

**From:** Gregory, Matt <MGregory@gibsondunn.com>
**Sent:** Friday, October 31, 2025 4:35 PM
**To:** Iqbal, Zareen (CIV) <Zareen.Iqbal2@usdoj.gov>; Barron, Andrew G. <ABarron@gibsondunn.com>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>
**Subject:** [EXTERNAL] RE: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment

Thank you, Zareen.

Can you clarify that you are saying EOIR is *not* able to ensure there is corrective action taken in the individual cases we have already sent to you? We are concerned that the government's position has changed since stating EOIR would be willing to take corrective action (as was previously stated in ECF 50 para. 3 and during Tuesday's hearing). Is EOIR at least taking steps to notify immigration judges in the cases we have identified, and any other cases EOIR is aware of, that these decisions are inconsistent with EOIR policy and the district court's order?

Separately, can you confirm that you have taken steps to ensure that IJs and the BIA have been made aware of the following?

1. the agency's July memo and interpretation requiring payment of the annual asylum fee no longer has legal effect and thus cannot serve as a basis for any adverse action against an individual or their application;
2. even if the stay is lifted, no adverse consequences should be imposed for non-payment until applicants receive individualized notice and 30 days to make payment (consistent with the government's representation to the Court); and
3. under the district court's order, anyone who suffered adverse consequences previously should receive full relief because the EOIR decision that served as a basis for those actions did not actually authorize them (per the government's representation to the Court) and has since been stayed as unlawful.

If EOIR is not able to ensure that corrective action is taken in the cases we sent you, and if EOIR is unable to confirm that the relief required by the district court's order has been communicated to agency staff (including immigration judges and the BIA), we will file a notice to update the court of this situation.

Please also confirm whether EOIR and USCIS are planning to update their websites to reflect the court's order, including to make it clear that the annual asylum fee is not currently due and has not come due for any applicant. Any additional information you are able to provide regarding the steps the agencies plan to take to comply with the Court's order would be greatly appreciated.

Thanks,
Matt

**Matt Gregory**

Partner

T: +1 202.887.3635 | M: +1 541.870.9202
MGregory@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Iqbal, Zareen (CIV) <Zareen.Iqbal2@usdoj.gov>
**Sent:** Friday, October 31, 2025 9:59 AM
**To:** Barron, Andrew G. <ABarron@gibsondunn.com>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>; Gregory, Matt <MGregory@gibsondunn.com>
**Subject:** RE: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment

Hello Andrew,

Thanks for sending ▮▮▮▮▮▮▮ address, and the additional applicants' information. I have passed this on to EOIR.

Also to clarify, as you all probably noted in EOIR's internal email (Att. 2) and what contributed to some of the confusion the other day, is that it is ultimately up to the Immigration Judge to decide what if any measures will be taken in any of these cases, based on the facts, revised FY 2025 AAF procedures.

The IJ's cannot be directed to take action, but it is my understanding that they will review the cases *sua sponte*. The BIA has also been alerted to those cases that are now on appeal, and again, it will be in their discretion as to whether to remand those four back to the Immigration Court.

Thank you.

Best Regards,
Zareen

---

**From:** Barron, Andrew G. <ABarron@gibsondunn.com>
**Sent:** Thursday, October 30, 2025 10:17 AM
**To:** Iqbal, Zareen (CIV) <Zareen.Iqbal2@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>; Gregory, Matt <MGregory@gibsondunn.com>
**Subject:** [EXTERNAL] RE: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment

Good morning, Zareen.

The email address for ████████ (the attorney for the applicants we identified yesterday) is ████████████████████████

We have also identified two additional individuals whose asylum/WH/CAT applications were denied and were ordered removed due to nonpayment of the AAF.  We believe these applicants are a mother and child who have two separate I-589s: ██████████████████████ **& Child - A#s** ██████████ **and** ██████████.  We again note that we do not represent these individuals. They are represented by ██████████, and the contact we were provided is for paralegal ██████████—her email address is ████████████████.

Could you confirm whether the examples we have identified so far overlap with the six cases that EOIR apparently identified independently?

Thank you very much.

Best,
Andrew


**Andrew Barron**
Associate Attorney

T: +1 202.777.9593 | M: +1 512.751.5659
ABarron@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Iqbal, Zareen (CIV) <Zareen.Iqbal2@usdoj.gov>
**Sent:** Wednesday, October 29, 2025 2:00 PM
**To:** Barron, Andrew G. <ABarron@gibsondunn.com>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>; Gregory, Matt <MGregory@gibsondunn.com>
**Subject:** RE: A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment


Hello Andrew,

Thanks for sending the A numbers for the three individuals who were ordered removed on the basis of non-payment of the FY 2025 AAF. I will forward to EOIR.

Please don't add ██████████ to our correspondence. You're welcome to provide her

contact information, which I will pass along to EOIR OGC as well. Once I have had an opportunity to confer with EOIR, I will let you know what steps EOIR will take to verify/rectify the circumstances.

Thank you!

Best Regards,
Zareen

---

**From:** Barron, Andrew G. <ABarron@gibsondunn.com>
**Sent:** Wednesday, October 29, 2025 1:25 PM
**To:** Iqbal, Zareen (CIV) <Zareen.Iqbal2@usdoj.gov>; Azrak, Cesar E (CIV) <Cesar.E.Azrak@usdoj.gov>
**Cc:** Pelletier, Susan M. <SPelletier@gibsondunn.com>; Gregory, Matt <MGregory@gibsondunn.com>
**Subject:** [EXTERNAL] A-Numbers for Corrective Action – Asylum Denials/Removals Due to AAF Nonpayment

Dear Zareen and Cesar,

Below, please find A-numbers for a family of three people whose asylum applications were denied and who were ordered removed due to nonpayment of the Annual Asylum Fee (AAF) before EOIR.  Through their attorney of record, ██████████, each individual has given permission for us to share their information with you for purposes of corrective action.

- A#██████████ / A#██████████ (Principal applicant ██████████████████ and derivative child ██████████████████)
- A#██████████ (Principal applicant ████████████████)

Please take corrective action in this family's cases as soon as possible, and if possible, keep us updated on timing.

Note that we do not represent these individuals.  To that end, would you be comfortable if we included the applicants' attorneys on the correspondence related to these issues?  If so, I can add ████████████ to the thread.

Thank you all very much.

Best,
Andrew

**Andrew Barron**
Associate Attorney

T: +1 202.777.9593 | M: +1 512.751.5659
ABarron@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.