# Exhibit 2



# EOIR Payment Portal Frequently Asked Questions (FAQ)

## What is the EOIR Payment Portal?

The EOIR Payment Portal is a web-based application that allows parties to EOIR proceedings to electronically pay certain filing fees before the Immigration Courts and the Board of Immigration Appeals (BIA). The Portal allows 24/7 self-service access for parties to:

• Pay Immigration Court and BIA filing fees electronically with a debit or credit card, PayPal account, Amazon pay, or checking or savings account (ACH);

• View, download, and print a receipt that shows proof of payment to be included with the filing as required for the Immigration Court or the BIA Clerk's Office; and

• Receive a Payment Tracking ID, which is required to retrieve and print a copy of the receipt.

The Portal also saves time and minimizes expenses by reducing paper processing. With the EOIR Payment Portal, electronic payments are processed immediately.

The Portal is part of an overarching information technology modernization effort at EOIR. Use of the EOIR Payment Portal is mandatory and does not change any legal requirements or obligations related to filings or payments by the user.

### What filing fees can I pay electronically using the EOIR Payment Portal?

The EOIR Payment Portal is used to pay filing fees for certain applications and motions before the Immigration Courts and the BIA and appeals before the BIA. You must use the EOIR Payment Portal to pay the fees listed in the "Filing Type" drop-down menu on the Portal's webpage. For fee schedule information, please reference EOIR's Types of Appeals, Motions, and Required Fees and EOIR Forms webpages.

### Am I required to pay filing fees for applications, motions, and appeals electronically?

Yes, electronic payments for the filing fees listed on the "Filing Type" drop-down menu on the EOIR Payment Portal webpage are mandatory.

### Am I required to pay an Annual Asylum Fee (AAF)?

Any alien who had an asylum application pending for one year or more on or after October 1, 2025, must pay an Annual Asylum Fee (AAF). Any application that remains pending for another 365 days after the initial AAF was due — and for each year thereafter — is also subject to the AAF. The Immigration Judge or the Board of Immigration Appeals will provide a written order regarding the payment of the AAF. Aliens must use the EOIR Payment Portal to pay the AAF listed in the "Filing Type" drop-down menu on the Portal's webpage.

### How do I pay filing fees for individuals in consolidated proceedings?

Provided that the payment includes all fees for all applications for all aliens, only one payment is needed for a filing that involves more than one respondent/applicant in consolidated proceedings. Please enter the lead's A-Number in the corresponding field when you make a payment on the EOIR Payment Portal.

### What should I do if I do not receive confirmation of my payment?

Please **do not submit the same payment twice**. If a pop-up does not appear indicating that you successfully paid, contact ECAS Support at 1-877-388-3842 or ECAS.techsupport@usdoj.gov to confirm whether your payment was successfully processed.

### Why did my bank reject the ACH payment I made through the Portal?

Some bank account owners have placed a debit block on their bank account to prevent unauthorized individuals from withdrawing funds through ACH. These blocks frequently prevent ACH transactions by EOIR. If you have a debit block on your account, you must contact your bank and remove the debit block for "7001010352," EOIR's Payment Portal location code.

### Does the Portal allow for partial payments or split payments?

No. All fees listed on the EOIR Payment Portal must be paid in full as required. EOIR will not be able to issue refunds if one believes they owe a lesser amount than prescribed. Any further fee eligibility questions and or determinations should be directed to the court that is currently hearing your case or the BIA at EOIR.BIA.Fees@usdoj.gov or 703-605-1007.

**What happens if I lose my receipt with the Tracking ID?**

For cases before the Immigration Court, please contact the court that is currently hearing your case. For cases before the BIA, please contact the BIA Clerk's Office at (703) 605-1007. EOIR staff will provide you with the Tracking ID associated with your A-Number and payment information. Once you have the Tracking ID, please visit the EOIR Payment Portal receipts webpage to retrieve and print a copy of your receipt.

**Under what circumstances am I entitled to a refund of the filing fee?**

If a payment is made electronically through the EOIR Payment Portal, the payment is processed at the time of payment submission and therefore will not be automatically returned with the rejected filing. Rather, the party may re-file his or her corrected document with the original fee receipt. If re-filing electronically through EOIR's Case Portal, the party should select, "I have already paid and want to upload a fee receipt" on the fee payment screen.

More generally, EOIR does not provide refunds if the underlying filing is denied, the party changes his or her mind about his or her filing, nor based on the length of the adjudication. If you believe that you are otherwise entitled to a refund (for example, if a duplicate payment was made), please contact the EOIR.Court.Fees@usdoj.gov or the BIA at EOIR.BIA.Fees@usdoj.gov or 703-605-1007.

**Does EOIR store my credit card or banking information?**

No. EOIR will not collect or store your credit or banking information. Users will be routed to Pay.gov where credit or banking information will be safely stored by the U.S. Treasury Department and transmitted using Pay.gov's latest standard methods and encryption. See "What is Pay.gov?" for additional information about Pay.gov.

**Is the EOIR Payment Portal compatible with all web browsers?**

Individuals may navigate the EOIR Payment Portal using the Chrome, Microsoft Edge, and Firefox web browsers.

**What is Pay.gov?**

EOIR partners with Pay.gov to process the filing fee payments made through the EOIR Payment Portal. Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service. It is a web-based application that allows individuals, states, and businesses to make non-tax-related payments to the federal government electronically using the internet. Payments can be made to federal agencies using a U.S.-held bank account (through ACH Debit), a credit or debit card, or with a digital wallet, such as PayPal or Amazon Pay.

**Why can the EOIR Payment Portal not find my A-Number?**

If the EOIR Payment Portal does not have a record of your A-Number, the Department of Homeland Security's (DHS) Immigration and Customs Enforcement (ICE) may not yet have filed a charging document with the immigration court. Once ICE files the charging document, your A-Number will appear in the EOIR Payment Portal.  If you are seeking to pay a fee associated with an appeal of a DHS officer (Form EOIR-29), the EOIR Payment Portal cannot be used to pay the fee.

Please see Notice of Appeal to the Board of Immigration Appeals from a Decision of a DHS Officer | USCIS. For questions, please contact ECAS Tech Support at ECAS.techsupport@usdoj.gov.

**I am having technical difficulties with the EOIR Payment Portal. Who do I contact for technical support?**

For technical support, email ECAS.techsupport@usdoj.gov or call 1-877-388-3842 Monday through Friday, except federal holidays, from 6 a.m. to 8 p.m. Eastern Time.

*Updated February 18, 2026*

---

✉ **Executive Office for Immigration Review**

5107 Leesburg Pike

Falls Church, VA 22041

📞 Phone: 703-305-0289