# Exhibit 3

**From:**          Chief Immigration Judge, OCIJ (EOIR)
**Sent:**          Wed, 9 Jul 2025 18:21:08 +0000
**To:**            EOIR-OCIJ All of ACIJs; EOIR-OCIJ All of Court Administrators
**Cc:**            Little, Anna C. (EOIR); Riley, Kevin W. (EOIR); Taylor, Philip P. (EOIR); Riley, Teresa (EOIR); Williams, Linda F. (EOIR); Barry, Robert (EOIR); Perron, Raymond (EOIR)
**Subject:**       Notice – Accepting Applications with New Fees

Colleagues:

As you are aware, H.R. 1 (the "One Big Beautiful Bill Act" (OBBBA)) created new fees and modified existing fees.  At this time, the only *new* type of fee to be collected is the asylum filing fee and the annual asylum fee. All other fees are already being collected; however, the amounts have now changed.

Concerning the new fees, asylum applications *can be provisionally accepted* pending payment of the required fee.  Applications should continue to be logged into CASE upon receipt. However, courts should keep a list of all provisionally accepted asylum applications with unpaid fees. Once payment processes have been established, IJs shall issue scheduling orders setting forth a 30-day deadline for respondents to file proof of fee payment.  The scheduling orders shall notify respondents that failure to timely file proof of payment will result in their applications being deemed abandoned.

An incorrect filing fee should result in applications and motions being rejected in all other cases.  See PM 25-35 regarding the new fee amounts.

If there are any other issues, please bring them to the attention of your supervisor immediately.

Thank you.

**Anna C Little**
**Acting Chief Immigration Judge**
**Executive Office for Immigration Review • Department of Justice**



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please notify the sender immediately and delete or destroy this message.