# EXHIBIT 1



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**SAN DIEGO IMMIGRATION COURT**

Respondent Name:

███████████████████

To:

Hasty, Yulia
████████████████

A-Number:

████████████

Riders:

████████████████████

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
05/13/2026

**ORDER OF THE IMMIGRATION JUDGE**

The Respondents in this matter were found to be removable at a master calendar hearing on ████████ 2023, based on their admissions and concessions to the allegations and the charge listed on their Notices to Appear.

Both Respondents filed applications for asylum on ████████, 2023.

On December 15, 2025, the Respondents filed a Payment Receipt in both ████████ and ████████, to show that the $100 initial fee payment for the asylum application was paid in each case on September 25, 2025.

The Payment Receipt for the initial payment clearly says the following:

 "Please note there is an annual fee for all asylum applications, which is due on the anniversary of each calendar year that an alien's asylum application remains pending; no fee waiver or reduction in fee is permitted. This fee must be paid timely; failure to pay within 30 days of the anniversary due date will likely result in pretermission of the asylum application and an order of removal. This will be the only notice that the alien will receive regarding this annual payment requirement."

The Respondents paid the initial fee, but they have not submitted proof that they paid the annual fee for their asylum applications. Because their original asylum applications were filed on ████████, 2023, the annual fee is due within 30 days of ████████ each year, which falls on ████████ The Respondents did not file proof of the annual fee payment on or before ████████ 2025. As a result, their applications are deemed to be abandoned, and they are denied.

There are no other pending relief applications before the Court, and removability has been established. The Respondents are therefore ordered removed to ████.

The hearing set for ▮▮▮▮ 2026, is vacated and all pending motions are deemed to be moot. The Court will reserve appeal on behalf of both parties.

**Order:**

Respondents are ordered removed to ▮▮▮▮

Immigration Judge: ▮▮▮▮ 05/13/2026

Appeal:  Department of Homeland Security: ☐ waived  ☑ reserved

Respondent: ☐ waived  ☑ reserved

Appeal Due: 06/12/2026

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : ▮▮▮▮ | A-Number : ▮▮▮▮

Riders: ▮▮▮▮ ▮▮▮▮

Date: 05/13/2026 By: ▮▮▮▮ , Court Staff