# EXHIBIT 4



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*



*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

**Hasty, Yulia**
**Law Office of Yulia Hasty**
██████████████████████
████████████

**DHS/ICE Office of Chief Counsel - SND**
**880 Front St., Room 2246**
**San Diego CA 92101-8834**

**Name:** ██████████████████████        A█████████████

**Riders:** ████████████

**Date of this Notice:** 05/21/2026

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

████████████████████████████

████████████

Acting Chief Clerk

Enclosure

Userteam: <u>Docket</u>



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

██████████████████████████
██████████████████████████
████████
██████████████████████

**DHS/ICE Office of Chief Counsel - SND**
**880 Front St., Room 2246**
**San Diego CA 92101-8834**

**Name:** ███████████████████████        ██████████████

**Riders:** ████████

**Date of this Notice: 05/21/2026**

Enclosed is a copy of the Board's decision in the above-referenced case. This copy is being provided to you as a courtesy. Your attorney or representative has been served with this decision pursuant to 8 C.F.R. § 1292.5(a). If the attached decision orders that you be removed from the United States or affirms an Immigration Judge's decision ordering that you be removed, any petition for review of the attached decision must be filed with and received by the appropriate court of appeals within 30 days of the date of the decision.

Sincerely,

████████████████████████
████████████████████████
████████████

Acting Chief Clerk

Enclosure

Userteam: <u>Docket</u>

**NOT FOR PUBLICATION**

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

MATTER OF:

███████████████████████

Respondents

<div style="border:1px solid black">

**FILED**

May 21, 2026

</div>

ON BEHALF OF RESPONDENTS:  Yulia Hasty, Esquire

IN REMOVAL PROCEEDINGS
On Appeal from a Decision of the Immigration Court, San Diego, CA

Before: ██████, Deputy Chief Appellate Immigration Judge


██████, Deputy Chief Appellate Immigration Judge

ORDER:

Due to an error in the decision regarding when the annual asylum fees are due and payable, the Immigration Judge's May 13, 2026, decision is vacated, and the case is remanded to the Immigration Judge for further consideration of the merits of the respondents' applications for asylum and related relief and protection.