**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

**Joint Motion to Extend the Briefing Schedule on Dispositive Motions**

Plaintiff and Defendants write jointly to request a 14-day extension to the deadline for Defendants' combined reply in support of their motion to dismiss and opposition to Plaintiff's cross-motion for summary judgment, and a five-day extension for Plaintiff's reply brief in support of its cross-motion for summary judgment.

Good cause exists for an extension of the briefing schedule. Undersigned counsel for Defendants recently was assigned a new matter that requires a brief to be written and filed by July 6, 2026, which will interfere with completing Defendants' combined reply and response brief in this case by the current deadline of July 8. *See* ECF No. 116. Those circumstances, together with the upcoming federal holiday on July 3, 2026, will make it difficult to complete a thorough brief by the current deadline. Additionally, one of the attorneys working on this matter for Defendants is being substituted by another attorney, and that staffing change adds to the complexity of preparing Defendants' brief. Thus, an extension of the deadline for Defendants' brief to July 22 is warranted.

Extending Plaintiff's deadline to file its reply by a commensurate number of days would make the reply due August 12 (it is currently due 21 days after Defendants file their

brief, ECF No. 116). However, counsel for Plaintiff has scheduling conflicts in August that will necessitate a few extra days for their reply brief. Thus, an extension of Plaintiff's reply deadline to August 17 is appropriate.

For these reasons, the parties respectfully request that the following schedule be entered for the remaining dispositive-motion briefing:

- Defendants' consolidated opposition and reply brief in support of their motion to dismiss would be due on July 22, 2026.
- Plaintiff's reply brief would be due on August 17, 2026.

DATED: June 30, 2026

*/s/ Elizabeth Hedges*

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ELIZABETH HEDGES
Senior Counsel to the Assistant Attorney General, Civil Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 616-0929
elizabeth.t.hedges@usdoj.gov

BRAD P. ROSENBERG
Special Counsel

CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

*Counsel for Defendants*

Respectfully submitted,

*/s/ Andrew G. Barron* *(by permission)*

Matt Gregory*
Susan M. Pelletier*
Eric Brooks*
Andrew G. Barron (D. Md. Bar 30311)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 831-6088
mgregory@gibsondunn.com
spelletier@gibsondunn.com
ebrooks2@gibsondunn.com
abarron@gibsondunn.com

Conchita Cruz*
Jessica Hanson (D. Md. Bar 31903)
Leidy Perez*
Marcela X. Johnson*
Juan E. Bedoya*
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone: (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
leidy.perez@asaptogether.org
marcela.johnson@asaptogether.org
juan.bedoya@asaptogether.org

*Counsel for Plaintiff*
*Admitted *pro hac vice*