**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

ASYLUM SEEKER ADVOCACY PROJECT,

Plaintiff,

v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,

Defendants.

Civil Action No. 1:25-cv-03299-SAG

**[Proposed] Order Granting Joint Motion to Extend the Briefing Schedule on Dispositive Motions**

Upon consideration of the Joint Motion to Extend the Briefing Schedule on Dispositive Motions, it is hereby ordered that:

- Defendants' consolidated opposition to Plaintiff's cross-motion for summary judgment and reply brief in support of their motion to dismiss is due on July 22, 2026.
- Plaintiff's reply brief in support of its cross-motion for summary judgment is due on August 17, 2026.

Dated:

______________________________
Stephanie A. Gallagher
United States District Judge