**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>*Plaintiff*,<br><br>*v.*<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW *et al.*,<br><br>*Defendants*. | No. 1:25-cv-03299-SAG |

**MOTION FOR LEAVE TO WITHDRAW**

I, Cesar Azrak, hereby seek leave of Court to withdraw as counsel of record in the above-captioned matter, due to my change of employment and departure from the Department of Justice. Defendants will continue to be represented in this matter by Elizabeth Hedges.

JULY 21, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Chief Litigation Counsel
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693

Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*