**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ASYLUM SEEKER ADVOCACY PROJECT,

*Plaintiff*,

*v.*

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW *et al.*,

*Defendants*.

No. 1:25-cv-03299-SAG

**[Proposed] ORDER ON MOTION FOR LEAVE TO WITHDRAW**

Upon consideration of Defendants' counsel's motion to withdraw, ECF #128, it is hereby ORDERED that the motion is GRANTED.

Dated: ___________________

___________________________
Stephanie A. Gallagher
United States District Judge

JULY 21, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Chief Litigation Counsel
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693