**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ASYLUM SEEKER ADVOCACY PROJECT,

*Plaintiff*,

*v.*

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW *et al.*,

*Defendants*.

No. 1:25-cv-03299-SAG

**ORDER ON MOTION FOR LEAVE TO WITHDRAW**

Upon consideration of Defendants' counsel's motion to withdraw, ECF #128, it is hereby ORDERED that the motion is GRANTED.

Dated: July 22, 2026

/s/
Stephanie A. Gallagher
United States District Judge