**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ASYLUM SEEKER ADVOCACY PROJECT,

*Plaintiff*,

*v.*

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et. al*;

*Defendants*.

No. 1:25-cv-03299-SAG

**NOTICE OF APPEARANCE**

Please enter the appearance of Eitan R. Sirkovich, U.S. Department of Justice, Civil Division, as counsel for all Defendants in this case.

Dated: August 6, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
(D.C. Bar No. 90030102)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: 202-353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*