**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al*.,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

**MOTION TO WITHDRAW**

Plaintiff's counsel Juan E. Bedoya hereby moves to withdraw from his representation of the Asylum Seeker Advocacy Project because he is leaving his employ with the Asylum Seeker Advocacy Project as of August 14, 2026. Plaintiff continues to be represented by other attorneys from the Asylum Seeker Advocacy Project and Gibson, Dunn & Crutcher, LLP who have entered their respective appearances in the case.

DATED: August 10, 2026

Respectfully submitted,

*/s/ Juan E. Bedoya*
Juan E. Bedoya*
ASYLUM SEEKER ADVOCACY PROJECT
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone: (646) 647-6779
juan.bedoya@asaptogether.org

*Counsel for Plaintiff*

*Admitted *pro hac vice*