**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-03299-SAG |

**ORDER**

**THIS MATTER**, being brought before the Court by Plaintiff's Counsel Juan E. Bedoya's Motion to Withdraw. Having duly considered the Motion,

**IT IS**, on this 10th day of August, 2026,

**ORDERED** that Mr. Bedoya's Motion to Withdraw is hereby **GRANTED**.

/s/
Judge Stephanie A. Gallagher
U.S. District Court Judge for the
District of Maryland