**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASYLUM SEEKER ADVOCACY PROJECT,<br><br>*Plaintiff*,<br><br>*v.*<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-03299-SAG |

**MOTION TO WITHDRAW**

Elizabeth Hedges seeks leave of Court to withdraw as counsel in the above-captioned matter because she is preparing to start work in a different division of the U.S. Department of Justice on Monday, August 17, 2026. Defendants will continue to be represented by Eitan Sirkovich.

Date: August 13, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

*/s/ Elizabeth Hedges*
ELIZABETH HEDGES
Senior Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 616-0929
elizabeth.t.hedges@usdoj.gov

BRAD P. ROSENBERG
Special Counsel

EITAN R. SIRKOVICH
Trial Attorney
Civil Division, Federal Programs Branch

*Counsel for Defendants*