**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ASYLUM SEEKER ADVOCACY PROJECT,

Plaintiff,

v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,

Defendants.

No. 1:25-cv-03299-SAG

**ORDER**

Upon consideration of Defendants' counsel Elizabeth Hedges's motion to withdraw, it is hereby ORDERED that the motion is GRANTED.

Dated: August 13, 2026

/s/
Stephanie A. Gallagher
United States District Judge