**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ASYLUM SEEKER ADVOCACY PROJECT,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil No. SAG-25-03299** |
| **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * *

**ORDER OF JUDGMENT**

For the reasons stated in the accompanying memorandum opinion, it is this 22nd day of September, 2026, ordered that:

1. Plaintiff's motion for summary judgment, ECF 123, is granted as to Counts III and V and denied as to Counts I, II, and IV;
2. The government's motion, ECF 99, construed as a motion for summary judgment, is granted as to Counts I, II, and IV, and denied as to all other counts;
3. Judgment is entered for Plaintiff on Counts III and V;
4. Judgment is entered for the government on Counts I, II, and IV;
5. The PM 26-1 memo, issued on January 2, 2026, is VACATED under 5 U.S.C. § 706 for the reasons stated in the accompanying memorandum opinion; and
6. The annual asylum fee payment template order, distributed on December 8, 2025, is VACATED under 5 U.S.C. § 706 for the reasons stated in the accompanying memorandum opinion.

The Clerk is directed to CLOSE the case.

/s/
Stephanie A. Gallagher
United States District Judge